IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Merry Mears, | No. CV-15-00612-PHX-NVW |
| Plaintiff, | **ORDER GRANTING DEFAULT JUDGMENT** |
| v. | |
| Great Alaskan Bush Company, et al., | |
| Defendants. | |

The Court has considered Plaintiff's Motion for Default Judgment and attached Declarations (Doc. 35). Plaintiff has established she is entitled to a default judgment in the amount of $60,084.23, calculated as follows:

1. Unpaid Wages:

    a. Minimum Wages: $5,056.00

    b. Overtime Wages:

    c. House Fees Paid: $2,400.00

    d. Tip-Outs Paid: $2,880.00

    Total: $10,715.20

2. Treble Damages: $32,145.60

3. Attorney Fees: $26,036.75

4. Costs: $1,901.88

5. Total: $60,084.23

Furthermore, the Court finds that the attorney fees are fair and reasonable.

1

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Judgment

2

is hereby entered against Defendants 5832, Inc. d/b/a Great Alaskan Bush Company and

3

Damian Hartze in the total amount of $60,084.23, and interest allowed by law from the

4

date of entry of this judgment until it is fully paid. Plaintiffs are hereby authorized to

5

execute on this final judgment.

6

Dated this 28th day of July, 2016.

7

8

9

_____
Neil V. Wake
Senior United States District
Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28